```
 1  Daniel S. Belsky, Esq. (SBN 75810)              (SPACE BELOW FOR FILING STAMP ONLY)
    Vincent J. Iuliano, Esq. (SBN 153594)                      FILED
 2  Bruce W. Boetter, Esq. (SBN 188376)
    BELSKY & ASSOCIATES                             2008 MAY 30  PM 1:34
 3  591 Camino de la Reina, Suite 640
    San Diego, CA 92108                             SOUTHERN DISTRICT OF CALIFORNIA
 4  Telephone:    (619) 497-2900
    Facsimile:    (619) 497-2901                    BY_____KNH_____DEPUTY
 5
 6  Attorneys for Defendants
        CELESTINE ARAMBULO, D.O., (erroneously sued and served as DR. C. ARAMBULO),
 7      KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE
        MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.
 8
 9                          UNITED STATES DISTRICT COURT
10                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11  FRANZISKA I. COLLIER, individually, and as )  Civil Action No. '08 CV 0969 L POR
    Administrator of the Estate of Edgar T. Collier,)
12  Deceased; KEA JADE COLLIER, a Minor, by  )  PROOF OF SERVICE OF NOTICE TO
    her Guardian Ad Litem, MICHAEL HYDE,     )  ADVERSE PARTY OF REMOVAL TO
13                                           )  FEDERAL COURT
            Plaintiffs,                      )
14                                           )
    v.                                       )
15                                           )
    PARADISE HILLS CONVALESCENT              )
16  CENTER, a business entity, form unknown; DR.)
    GAYNSKI; DR. C. ARAMBULO; KAISER         )
17  FOUNDATION HOSPITALS; SOUTHERN           )
    CALIFORNIA PERMANENTE MEDICAL            )
18  GROUP; KAISER FOUNDATION HEALTH          )
    PLAN, INC.; and DOES 1 through 100,      )
19  inclusive,                               )
                                             )
20          Defendants.                      )
                                             )
21  _____)
22          I, Melinda Scocozza, certify and declare as follows:
23          I am over the age of 18 years and not a party to this action.
24          My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108,
25  which is located in the city, county and state where the personal service/U.S. Mail service described
26  below took place.
27          On May 30, 2008, I served the following document *via* **Knox Attorney Services**:
28          NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT dated May 30,
```

Proof of Service of Notice to Adverse Party of Removal to Federal Court

1 | 2008, a copy of which is attached to this Certificate.

2 |     Also, on May 30, 2008 I deposited in the United States Mail at San Diego, California, a copy
3 | of the NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT dated May 30,
4 | 2008.

5 |     I declare under penalty of perjury that the foregoing is true and correct.
6 | Executed on this __30__ day of May 2008 at San Diego, California.

*Melinda Scocozza*
Melinda Scocozza

---
-2-
Proof of Service of Notice to Adverse Party of Removal to Federal Court

| | |
|---|---|
| 1 | Daniel S. Belsky, Esq. (SBN 75810) |
| | Vincent J. Iuliano, Esq. (SBN 153594) |
| 2 | Bruce W. Boetter, Esq. (SBN 188376) |
| | **BELSKY & ASSOCIATES** |
| 3 | 591 Camino de la Reina, Suite 640 |
| | San Diego, CA 92108 |
| 4 | Telephone:   (619) 497-2900 |
| | Facsimile:    (619) 497-2901 |

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
   CELESTINE ARAMBULO, D.O., (erroneously sued and served as DR. C. ARAMBULO), KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FRANZISKA I. COLLIER, individually, and as Administrator of the Estate of Edgar T. Collier, Deceased; KEA JADE COLLIER, a Minor, by her Guardian Ad Litem, MICHAEL HYDE,

   Plaintiffs,

v.

PARADISE HILLS CONVALESCENT CENTER, a business entity, form unknown; DR. GAYNSKI; DR. C. ARAMBULO; KAISER FOUNDATION HOSPITALS; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; and DOES 1 through 100, inclusive,

   Defendants.

Civil Action No.

DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

///
///
///
///
///
///
///

---

Defendants Dr. Arambulo, KFHP, KFH and SCPMG's Notice to Adverse Party of Removal to Federal Court

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT a Notice of Removal of this action has been filed in the United States District Court for the Southern District of California on May 30, 2008. A copy of said Notice of Removal is attached to this Notice, and is served and filed herewith.

Respectfully Submitted,

Dated: May 30, 2008

By: *[signature]*
Daniel S. Belsky, Esq.
Vincent J. Iuliano, Esq.
Bruce W. Boetter, Esq.
Attorneys for Defendants
CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.