| | |
|---|---|
| Daniel S. Belsky, Esq. (SBN 75810)<br>Vincent J. Iuliano, Esq. (SBN 153594)<br>Bruce W. Boetter, Esq. (SBN 188376)<br>**BELSKY & ASSOCIATES**<br>591 Camino de la Reina, Suite 640<br>San Diego, CA 92108<br>Telephone:   (619) 497-2900<br>Facsimile:    (619) 497-2901 | (SPACE BELOW FOR FILING STAMP ONLY)<br>FILED<br>2008 MAY 30  PM 1: 42<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____DEPUTY |

Attorneys for Defendants
CELESTINE ARAMBULO, D.O., (erroneously sued and served as DR. C. ARAMBULO), KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISKA I. COLLIER, individually, and as Administrator of the Estate of Edgar T. Collier, Deceased; KEA JADE COLLIER, a Minor, by her Guardian Ad Litem, MICHAEL HYDE,<br><br>     Plaintiffs,<br><br>v.<br><br>PARADISE HILLS CONVALESCENT CENTER, a business entity, form unknown; DR. GAYNSKI; DR. C. ARAMBULO; KAISER FOUNDATION HOSPITALS; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; and DOES 1 through 100, inclusive,<br><br>     Defendants. | Civil Action No. '08 CV 0969 L POR<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the above-referenced action; and I am employed in the County of San Diego, California, in which county the mailing occurred. My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108. I am readily familiar with the practices of Belsky & Associates for collection and processing of correspondence for mailing with the United States Postal Service, Federal Express and UPS. Such correspondence

///

---
Proof of Service

1  is deposited with the United States Postal Service, Federal Express, or UPS the same day in the
2  ordinary course of business. I served the following documents *via* **Knox Attorney Services**:

3      (1)    **CIVIL COVER SHEET**; and

4      (2)    **DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE OF REMOVAL**

7  of which the original document, or a true and correct copy, is attached, by placing a copy thereof in
8  a separate envelope for each addressee named hereafter, addressed to each such addressee
9  respectively as follows:

Bernard R. Lafer, Esq.
LAW OFFICES OF BERNARD R. LAFER
7801 Mission Center Court, Suite 430
San Diego, CA 92108
(619) 298-1969 / (619) 298-7784 (Fax)
**Attorney for Plaintiffs
FRANZISKA I. COLLIER, individually, and as Administrator of the Estate of Edgar T. Collier, Deceased and KEA JADE COLLIER, a Minor by her Guardian Ad Litem MICHAEL HYDE**

      I then placed for collection and for personal service *via* Knox Attorney Service on May 30, 2008.

      I also served the following documents of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as listed above VIA U. S. MAIL on May 30, 2008.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 30, 2008 at San Diego, California.

*/s/ Melinda Scocozza*
Melinda Scocozza

-2-
Proof of Service