| | |
|---|---|
| 1  Daniel S. Belsky, Esq. (SBN 75810)<br>   Vincent J. Iuliano, Esq. (SBN 153594)<br>2  Bruce W. Boetter, Esq. (SBN 188376)<br>   **BELSKY & ASSOCIATES**<br>3  591 Camino de la Reina, Suite 640<br>   San Diego, CA 92108<br>4  Telephone:   (619) 497-2900<br>   Facsimile:   (619) 497-2901 | (SPACE BELOW FOR FILING STAMP ONLY)<br>FILED<br>2008 MAY 30 PM 1:34<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ KMH _____ DEPUTY |

6  Attorneys for Defendants
        CELESTINE ARAMBULO, D.O., (erroneously sued and served as DR. C. ARAMBULO),
7       KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE
        MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISKA I. COLLIER, individually, and as Administrator of the Estate of Edgar T. Collier, Deceased; KEA JADE COLLIER, a Minor, by her Guardian Ad Litem, MICHAEL HYDE,<br><br>    Plaintiffs,<br><br>v.<br><br>PARADISE HILLS CONVALESCENT CENTER, a business entity, form unknown; DR. GAYNSKI; DR. C. ARAMBULO; KAISER FOUNDATION HOSPITALS; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Civil Action No. 08 CV 0969 L POR<br><br>**DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---
Defendants Dr. Arambulo, KFHP, KFH and SCPMG's Notice to Adverse Party of Removal to Federal Court

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT a Notice of Removal of this action has been filed in the United States District Court for the Southern District of California on May 30, 2008. A copy of said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: May 30, 2008

Respectfully Submitted,

By: /s/ Vincent J. Iuliano
Daniel S. Belsky, Esq.
Vincent J. Iuliano, Esq.
Bruce W. Boetter, Esq.
Attorneys for Defendants
CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC.