LAWRENCE A. COX (SBN 076140)
BRIAN K. CONDON (SBN 138776)
COURTNEY STUART-ALBAN (SBN 225513)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lawrence.cox@aporter.com
brian.condon@aporter.com
courtney.alban@aporter.com

DANIEL S. BELSKY, ESQ. (SBN 75810)
VINCENT J. IULIANO, ESQ. (SBN 153594)
BRUCE W. BOETTER, ESQ. (SBN 188376)
BELSKY & ASSOCIATES
591 Camino de la Reina, Suite 640
San Diego, CA 92108
Telephone: (619) 497-2900
Facsimile: (619) 497-29001

Attorneys for Defendants Celestine Arambulo, D.O.,
Kaiser Foundation Hospitals,
Southern California Permanente Medical Group
and Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISKA I. COLLIER, individually, and as Administrator of the Estate of Edgar T. Collier, Deceased; KEA JADE COLLIER, a Minor, by her Guardian Ad Litem, MICHAEL HYDE<br><br>Plaintiffs,<br><br>v.<br><br>PARADISE HILLS CONVALESCENT CENTER, a business entity, form unknown; DR. GAYNSKI; DR. C. ARAMBULO; KAISER FOUNDATION HOSPITALS; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV-0969<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1    TO THE COURT, PARTIES, AND COUNSEL:

2    PLEASE TAKE NOTICE that defendants Celestine Arambulo, D.O., Kaiser

3    Foundation Hospitals, Southern California Permanente Medical Group, and Kaiser

4    Foundation Health Plan, Inc. hereby associates Lawrence A. Cox, Brian K. Condon

5    and Courtney Stuart-Alban of Arnold & Porter LLP as its co-counsel in this action

6    with Daniel S. Belsky, Vincent J. Iuliano and Bruce W. Boetter of Belsky &

7    Associates.

8    I consent to the foregoing association.

9

10   Dated:  6/19/08                         BELSKY & ASSOCIATES

11

12                                           By: _____
                                                 Daniel S. Belsky
13                                               Vincent J. Iuliano
                                                 Bruce W. Boetter
14                                               Attorneys for Defendants
                                                 Celestine Arambulo, D.O.
15                                               Kaiser Foundation Hospitals,
                                                 Southern California Permanente
16                                               Medical Group and Kaiser
                                                 Foundation Health Plan, Inc.
17

18   I accept the foregoing association.

19

20   Dated:  6/19/08                         ARNOLD & PORTER LLP

21

22                                           By: _____
                                                 Lawrence A. Cox
23                                               Brian K. Condon
                                                 Courtney Stuart-Alban
24                                               Attorneys for Defendants
                                                 Celestine Arambulo, D.O.
25                                               Kaiser Foundation Hospitals,
                                                 Southern California Permanente
26                                               Medical Group and Kaiser
                                                 Foundation Health Plan, Inc.
27

28

                                    2

Daniel S. Belsky, Esq. (SBN 75810)
Vincent J. Iuliano, Esq. (SBN 153594)
Bruce W. Boetter, Esq. (SBN 188376)
**BELSKY & ASSOCIATES**
591 Camino de la Reina, Suite 640
San Diego, CA 92108
Telephone:    (619) 497-2900
Facsimile:    (619) 497-2901

(SPACE BELOW FOR FILING STAMP ONLY)

**United States District Court - Southern District of California**
**Civil No. 08cv0969-L (POR)**
*Collier v. Arambulo, D.O., et al.*

## PROOF OF SERVICE

I, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the above-referenced action; and I am employed in the County of San Diego, California, in which county the mailing occurred. My business address is 591 Camino de la Reina, Suite 640, San Diego, California 92108. I am readily familiar with the practices of Belsky & Associates for collection and processing of correspondence for mailing with the United States Postal Service, Federal Express and UPS. Such correspondence is deposited with the United States Postal Service, Federal Express, or UPS the same day in the ordinary course of business. I served the following documents:

## NOTICE OF ASSOCIATION OF COUNSEL

of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Bernard R. Lafer, Esq.
LAW OFFICES OF BERNARD R. LAFER
7801 Mission Center Court, Suite 430
San Diego, CA 92108
(619) 298-1969 / (619) 298-7784 (Fax)
**Attorney for Plaintiffs**
**FRANZISKA I. COLLIER, individually, and**
**as Administrator of the Estate of Edgar T.**
**Collier, Deceased and KEA JADE**
**COLLIER, a Minor by her Guardian Ad**
**Litem MICHAEL HYDE**

Lawrence A. Cox, Esq. (SBN 076140)
Brian K. Condon, Esq. (SBN 138776)
Courtney Stuart-Alban, Esq. (SBN 225513)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
(213) 243-4199 (Fax)
**Co-Counsel for Defendants**
**CELESTINE ARAMBULO, D.O.,**
**(erroneously sued and served as DR.**
**C. ARAMBULO), KAISER**
**FOUNDATION HOSPITALS,**
**SOUTHERN CALIFORNIA**
**PERMANENTE MEDICAL GROUP,**
**KAISER FOUNDATION HEALTH PLAN,**
**INC.**

/ / /

/ / /

/ / /

Proof of Service

**United States District Court - Southern District of California**
**Civil Action No. 08cv0969-L (POR)**
*Collier v. Arambulo, D.O., et al.*

**PROOF OF SERVICE**
Page 2

I then sealed each envelope and placed them for collection and mailing on June 20, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008 at San Diego, California.

*s/Melinda Scocozza*
Melinda Scocozza