# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
08 JUL -8 PM 12:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  M. James Lorenz

FROM: E. Lloyd, Deputy Clerk  RECEIVED DATE: 7/2/08

CASE NO.: 08cv969-L (POR)  DOCUMENT FILED BY: Paradise Hills Convalescent

CASE TITLE: Collier et al v. Paradise Hills Convalescent Center et al

DOCUMENT ENTITLED: Defendant Paradise Hills Convalescent Center's Joinder in Notice of Removal

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case closed |

Date forwarded: 7/7/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: M. JAMES LORENZ

Dated: 7/7/08   By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

BEACH | WHITMAN | COWDREY, LLP
760 PASEO CAMARILLO, SUITE 350
CAMARILLO, CALIFORNIA 93010
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - State Bar No. 096321
Janet G. Martin - State Bar No. 180735
Attorneys for Defendant,
PARADISE HILLS CONVALESCENT CENTER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZISKA I. COLLIER, individually and as Administrator of the Estate of Edgar T. Collier, Deceased; KEA JADE COLLIER, a Minor, by her Guardian Ad Litem MICHAEL HYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>PARADISE HILLS CONVALESCENT CENTER, a business entity, form unknown; DR. GAYNSKI; DR. C. ARAMBULO; KAISER FOUNDATION HOSPITALS; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER FOUNDATION HEALTH PLAN, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants, | Civil Action No.: '08 CV 0969 L POR<br><br>San Diego Superior Court Case No: No: 37-2007-00075145-CU-MM-CTL<br>Assigned to Department: C-66<br>Hon.: Charles R. Hayes<br><br>DEFENDANT PARADISE HILLS CONVALESCENT CENTER'S JOINDER IN DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, AND KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE OF REMOVAL |

Defendant PARADISE HILLS CONVALESCENT CENTER, hereby joins in the "Defendants Celestine Arambulo, D.O., Kaiser Foundation Hospitals, Southern California Permanente Medical Group, and Kaiser Foundation Health Plan, Inc.'s Notice of Removal"

1

ORIGINAL

filed by co-defendants CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOURTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and KAISER FOUNDATION HEALTH PLAN, INC., on or about May 30, 2008.

Dated: June 23, 2008

BEACH | WHITMAN | COWDREY, LLP

By: _____
Thomas E. Beach
Janet G. Martin
Attorneys for Defendant,
PARADISE HILLS CONVALESCENT CENTER

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 760 Paseo Camarillo, Suite 350, Camarillo, California 93010.

On June 23, 2008, I served the foregoing document(s) described as: **DEFENDANT PARADISE HILLS CONVALESCENT CENTER JOINDER IN DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, AND KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE OF REMOVAL** on the interested parties in this action, by placing ____ the original _X_ a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

_X_ **(BY FIRST CLASS MAIL)** I caused such envelope with postage thereon fully prepared to be placed in the United States mail at Camarillo, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____ **(BY FACSIMILE TRANSMISSION)** On this date, I transmitted from a facsimile transmission machine in Camarillo, California, whose telephone number is (805) 388-3414 the above-named document was transmitted to the interested parties herein whose facsimile transmission telephone numbers are included in the attached Service List. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

____ **(BY OVERNIGHT CARRIER)** I placed the above-named document in an envelope or package designated by [GoldenState Overnight Carrier/UPS/Federal Express/Overnite Express] ("express service carrier") addressed to the parties listed on the service list herein, and caused such envelope with delivery fees paid or provided for to be deposited in a box maintained by the express service carrier. I am "readily familiar" with the firm's practice of collection and processing of correspondence and other documents for delivery by the express service carrier. It is deposited in a box maintained by the express service carrier on that same day in the ordinary course of business.

____ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee.

_X_ **(State)**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 23, 2008, at Camarillo, California.

Tina L. Amoke

BEACH | WHITMAN | COWDREY, LLP
760 PASEO CAMARILLO, SUITE 350
CAMARILLO, CALIFORNIA 93010
TELEPHONE: (805) 388-3100

3
DEFENDANT PARADISE HILLS CONVALESCENT CENTER JOINDER IN DEFENDANTS CELESTINE ARAMBULO, D.O., KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, AND KAISER FOUNDATION HEALTH PLAN, INC.'S NOTICE OF REMOVAL

**SERVICE LIST**
COLLIER v. PARADISE, SDSC CASE NO. 37-2007-00075145-CU-MM-CTL

**ATTORNEY FOR PLAINTIFFS**

Bernard R. Lafer, Esq.
7801 Mission Center Court, #430
San Diego, CA 92108
Phone: (619)298-1969
Fax:    (619)298-7784

**ATTORNEYS FOR DEFENDANTS, CELESTINE ARAMBULO, D.O., (ERRONESIOUSLY SUED AND SERVED AS DR. C. ARAMBULO), KAISER FOUNDATION HOSPITALS, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUPT AND KAISER FOUNDATION HEALTH PLAN, INC.**

Daniel S. Belsky, Esq.
Vincent J. Iuliano, Esq.
Bruce W. Boetter, Esq.
Belsky & Associates
591 Camino de la Reina, Suite 640
San Diego, CA 92108
Phone: (619) 497-2900
Fax:    (619) 497-2901

BEACH | WHITMAN | COWDREY, LLP
760 PASEO CAMARILLO, SUITE 350
CAMARILLO, CALIFORNIA 93010
TELEPHONE: (805) 388-3100